Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES OF ALASKA IRONWORKERS PENSION TRUST, NORTHWEST IRONWORKERS HEALTH AND SECURITY TRUST, NORTHWEST IRONWORKERS ANNUITY FUND and ALASKA IRONWORKERS TRAINING PROGRAM TRUST, and INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRONWORKERS LOCAL 751,<br><br>Plaintiffs,<br><br>vs.<br><br>E. BROWN, INC., d/b/a INTERNATIONAL STEEL, and COLONIAL AMERICAN CASUALTY AND SURETY, BOND NO. LPM4074262,<br><br>Defendants. | Case No. 3:12-CV-_____ CI |

## COMPLAINT

COME NOW plaintiffs, by and through their attorneys, JERMAIN, DUNNAGAN & OWENS, P.C., and for their cause of action against the defendants complain and allege as follows:

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

{00374501}

I.

INTRODUCTION

1. **Cause of Action.** This action arises under §§ 502(e)(1) and 515 of the Employee Retirement Income Security Act, as amended, 29 U.S.C. §§ 1132(e)(1) and 1145, hereinafter referred to as "ERISA."

II.

THE PARTIES

2. **Plaintiffs.** Plaintiffs are the Alaska Ironworkers Pension Trust, Northwest Ironworkers Health and Security Trust, Northwest Ironworkers Annuity Fund and Alaska Ironworkers Training Program Trust and International Association of Bridge, Structural, Ornamental and Reinforcing Ironworkers Local 751 ("Trust Funds").

3. **Standing.** The plaintiffs are entitled to bring this suit pursuant to § 502(d)(1) of ERISA.

4. **Defendants.** E. Brown, Inc., d/b/a International Steel and did business in the State of Alaska at the time of the events set forth in this complaint.

5. At all times relevant to this suit, defendant E. Brown, Inc., d/b/a International Steel was an "employer" as that term is defined at § 3(5) of ERISA, 29 U.S.C. § 1002(5).

6. Upon information and belief, defendant Colonial American Casualty and Surety is a bonding company authorized to conduct business as a surety within the State of Alaska and has issued Bond No. LPM4074262 in favor of E. Brown, Inc., d/b/a International Steel.

III.

## FIRST CAUSE OF ACTION

7.. For its First Cause of Action, plaintiffs incorporate by reference each of the allegations set forth in paragraphs 1 through 6 of this Complaint.

8. E. Brown, Inc., d/b/a International Steel executed a Compliance Agreement with the Plaintiff International Association of Bridge, Structural, Ornamental and Reinforcing Ironworkers, Local No. 751(attached hereto as Exhibit 1).

9. The Compliance Agreement specifically incorporates all terms and conditions of the Collective Bargaining Agreement ("CBA" or "Master Agreement") between Alaska Steel Contractors and Erectors Association and the International Association of Bridge, Structural, Ornamental and Reinforcing Ironworkers, Local No. 751, as that term is referenced in §515 of ERISA, 29 U.S.C. §1145.

10. The CBA requires compliance with the terms of Trust Agreements ("Agreements") that pertain to pension and supplemental benefits. The Agreements of the respective trusts are writings that comply in all respects with the requirements of § 302 of the LMRA, 29 U.S.C. § 186(c)(5). Said CBA also requires the employer to submit 5% of the total gross hourly wage of each employee to the Local Union for work assessments, $.10 for AGC, $.10 for ASCEA and $.33 for IMPACT. In addition, there is a 10% surcharge for pension contributions, if any, which predated adoption of the ERISA required rehabilitation plan.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

11. The Agreements required defendant E. Brown, Inc., d/b/a International Steel to report all hours worked by all covered employees and to make monetary contributions to the pension, health and security, annuity, apprenticeship and training funds as set forth in the CBA and the Agreements.

12. E. Brown, Inc., d/b/a International Steel employed persons within the trade and territorial jurisdiction of the CBA and the Agreements, and thereby became obligated to submit timely reports and remit those benefit contributions required by said Agreements to the Trust Funds on a monthly basis.

13. The Agreements and § 502(g)(2) of ERISA, 29 U.S.C. § 1132(g) required defendant to pay: all costs incurred in conducting an audit of defendant's payroll records, if any; liquidated damages for failure to make reports and tender contributions in accordance with the terms of the Agreements; interest; reasonable attorney fees; and those costs incurred where defendant has failed to fully comply with the CBA and the Agreements.

14. Plaintiffs have fully performed all necessary obligations and duties under said Agreements.

15. Defendant E. Brown, Inc., d/b/a International Steel has breached the CBA and the Agreements in the following respects:

    a. By failing to submit in a timely manner the reports of all hours worked by covered employees for September 2011 through the present.

    b. By failing and refusing to pay in a timely manner complete fringe benefit contributions owing to the Northwest Ironworkers Health and Security,

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Annuity Funds, Alaska Ironworkers Training Program Trust and the Alaska Ironworkers Pension Trust Fund commencing in or before September 2011 and continuing through the present, in an amount to be proven at trial.

   c.   By failing to pay interest owing to the Northwest Ironworkers Health and Security Trust, and Annuity Fund at the contract rate of 18% per annum and to the Alaska Ironworkers Training Program Trust at the rate of 10.5% per annum and the Alaska Ironworkers Pension Trust at the contract rate of 10.5% per annum from the date the contributions were due until judgment, and attorney fees as prescribed by the Agreements; and

   d.   By failing to pay liquidated damages owing to the Northwest Ironworkers Health and Security Trust, Annuity Fund, at the contract rate of 16% of the delinquent payment and for the Alaska Ironworkers Pension Trust Fund and Alaska Ironworkers Training Program Trust at the rate of $10 per delinquency or 10% of the contributions owing, whichever is greater, in an amount to be proven at trial; and

   e.   By failing and refusing to pay in a timely manner complete contributions as required to the Ironworkers IPAL and Market Recovery funds commencing in September 2011 and continuing through the present, in an amount to be proven at trial.

IV.

SECOND CAUSE OF ACTION

16.   For its Second Cause of Action, plaintiffs incorporate by reference each

of the allegations set forth in paragraphs 1 through 15 of this Complaint.

17. Defendant Colonial American Casualty and Surety bound itself in the sum of $10,000.00, Bond No. LPM4074262 to assure payment of claims made by all persons supplying labor and materials in the prosecution of the work performed by E. Brown, Inc., d/b/a International Steel. The bond was filed with the State of Alaska, as required by AS 08.18.071 for general contractors doing business in the State of Alaska. The surety bond's effective date was July 18, 2007.

18. By reason of the failure of defendant E. Brown, Inc., d/b/a International Steel to pay plaintiffs the amount owed for delinquent trust fund contributions, plaintiffs have a claim against defendant Colonial American Casualty and Surety upon Bond No. LPM4074262 with E. Brown, Inc., d/b/a International Steel pursuant to AS 08.18.071 and AS 08.18.081.

V.

PRAYER FOR RELIEF

WHEREFORE, plaintiffs pray for judgment against the defendants as follows:

1. That this Court enter a judgment against Defendants, awarding Plaintiffs delinquent contributions owing as proven at trial plus interest at the applicable contract rates, the cost of an audit of the employer's records, liquidated damages, and attorney fees and costs in accordance with the terms of the Trust Agreements; and,

2. For post-judgment interest at the maximum lawful rate; and

3. For such other and further relief as the Court deems just and equitable.

DATED this 26th day of January, 2012.

                JERMAIN, DUNNAGAN & OWENS, P.C.
                Attorneys for Plaintiffs

                By:   s/Sarah E. Josephson
                      Sarah E. Josephson
                      Jermain, Dunnagan & Owens
                      3000 A Street, Suite 300
                      Anchorage, AK 99503
                      (907) 563-8844
                      (907) 563-7322
                      sjosephson@jdolaw.com
                      ABA No. 9705017

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322