IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TRUSTEES OF ALASKA IRONWORKERS
PENSION TRUST, NORTHWEST IRONWORKERS
HEALTH AND SECURITY TRUST, NORTHWEST
IRONWORKERS ANNUITY FUND and ALASKA
IRONWORKERS TRAINING PROGRAM TRUST,
and INTERNATIONAL ASSOCIATION OF
BRIDGE, STRUCTURAL, ORNAMENTAL AND
REINFORCING IRONWORKERS LOCAL 751,

                Plaintiffs,

vs.

E. BROWN, INC., d/b/a INTERNATIONAL STEEL,
and COLONIAL AMERICAN CASUALTY AND
SURETY, BOND NO. LPM4074262,

                Defendants.

/ Case No. 3:12-CV-0019 JWS

## DEFAULT JUDGMENT

E. Brown, Inc., d/b/a International Steel, Defendant herein, having been served via personal service on February 17, 2012, and Defendant having failed to plead or otherwise defend said action, the legal time for pleading or otherwise defending having expired and default of Defendant having been duly entered according to law, upon the application of Plaintiffs, judgment is hereby entered against said Defendant pursuant to the prayer of Plaintiffs' complaint.

THEREFORE, IT IS HEREBY ORDERED that Plaintiffs have judgment for a total non-payment of employee contributions for the period September 2011 through present in the amount of $134,277.84, liquidated damages in the amount of $14,230.29, interest at the rate of 10.5% per annum in the amount of $5,555.05 calculated through March 29, 2012, attorney's fees in the amount of $ _____, plus costs in the amount of $_____, for a total judgment in the amount of $_____. Post-judgment interest shall accrue at the highest allowable interest rate per annum from date of entry of default judgment, until paid.

LET EXECUTION ISSUE FORTHWITH.

DATED: 4/23/2012

/s/ JOHN W. SEDWICK
U.S. DISTRICT COURT JUDGE