Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES OF ALASKA IRONWORKERS PENSION TRUST, NORTHWEST IRONWORKERS HEALTH AND SECURITY TRUST, NORTHWEST IRONWORKERS ANNUITY FUND and ALASKA IRONWORKERS TRAINING PROGRAM TRUST, and INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRONWORKERS LOCAL 751,<br><br>Plaintiffs,<br>vs.<br><br>E. BROWN, INC. d/b/a INTERNATIONAL STEEL and COLONIAL AMERICAN CASUALTY AND SURETY, BOND NO. LPM4074262,<br><br>Defendants. | Case No. 3:12-CV-0019 JWS |

## **SATISFACTION OF DEFAULT JUDGMENT**

On April 23, 2012, the Trustees of Alaska Ironworkers Pension Trust, Northwest Ironworkers Health and Security Trust, Northwest Ironworkers Annuity Fund and Alaska Ironworkers Training Program Trust, and International Association Of Bridge, Structural, Ornamental and Reinforcing Ironworkers Local 751, as Plaintiffs, obtained default judgment against Defendant E. Brown, Inc. d/b/a International Steel, as ordered by the U.S. District Court for the District of Alaska, in the principal amount of $134,277.84 for employee benefit

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

contributions for the period of September 2011 through the present, prejudgment interest at 10.5% per annum accrued through March 29, 2012 in the amount of $5,555.05, liquidated damages in the amount of $14,230.29, attorney's fees in the amount of $9,002.50 and costs in the amount of $370.18, for a total default judgment in the amount of $163,435.86. The total judgment shall bear interest at the rate of 0.18% interest from April 23, 2012, until paid in full.

The Default Judgment was recorded in the Anchorage Recording District on or about June 12, 2012, at 2012-032150-0. Such record is made a part hereof and reference is herein made to such record for a full and complete description of the Default Judgment.

The judgment has been paid to the satisfaction of the Plaintiffs. At the time of payment, Plaintiffs were the owners of the judgment and were entitled to receive payment thereof.

Therefore, in consideration of satisfactory payment of the judgment, interest, and costs, the receipt of which is hereby acknowledged, Plaintiffs, as the legal owners and holders of the judgment, acting herein by and through Sarah E. Josephson, of Jermain, Dunnagan & Owens, P.C., their duly authorized attorney of record herein, hereby declare the judgment fully paid and satisfied, and the judgment lien fully released and discharged.

        JERMAIN, DUNNAGAN & OWENS, P.C.
        Attorneys for Plaintiffs

Dated: September 23, 2013    By:   s/Sarah E. Josephson
        Sarah E. Josephson
        Jermain, Dunnagan & Owens
        3000 A Street, Suite 300
        Anchorage, AK 99503
        (907) 563-8844
        (907) 563-7322
        sjosephson@jdolaw.com
        ABA No. 9705017

*Ironworkers v. E. Brown, Inc. d/b/a International Steel*    Case No. 3:12-cv-0019-JWS
SATISFACTION OF DEFAULT JUDGMENT    Page 2 of 3

Case 3:12-cv-00019-JWS   Document 40   Filed 09/23/13   Page 2 of 3

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

**CERTIFICATE OF SERVICE**

This is to certify that on this 23th day of September, 2013, a true and correct copy of the foregoing was served via U.S. First Class Mail to:

Ed Brown
E. Brown, Inc. d/b/a
International Steel Erectors
3002 Spenard Road
Anchorage, AK 99503

s/Sarah E. Josephson
450052/65000.215

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

*Ironworkers v. E. Brown, Inc. d/b/a International Steel*  Case No. 3:12-cv-0019-JWS
SATISFACTION OF DEFAULT JUDGMENT  Page 3 of 3
Case 3:12-cv-00019-JWS   Document 40   Filed 09/23/13   Page 3 of 3